**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| United States of America,<br><br>*Plaintiff*,<br><br>*v.*<br><br>Brandon Hopkins,<br><br>*Defendant*. | Case No. 3:25-cr-50060-1<br><br>Honorable Michael F. Iasparro |

## MEMORANDUM OPINION AND ORDER

Detention hearing held 11/14/2025. Defendant Brandon Hopkins appears in custody with counsel. A representative from Pretrial Services is present. Oral argument heard. For the reasons stated on the record, the Court finds that no condition or combination of conditions of release will reasonably assure the safety of any other person or the community. Accordingly, the Government's oral motion for detention is granted. Defendant is remanded to the custody of the U.S. Marshal pending further order of the Court. An Order of Detention Pending Trial will issue separately. The in-person preliminary hearing remains set for 11/18/2025 at 2:30 PM. Defendant and counsel for both sides are ordered to appear.

Entered: November 14, 2025          By: _____

Michael F. Iasparro
United States Magistrate Judge

1